IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1440-WYD-KMT

SANTIAGO ABREU,

     Plaintiff,

v.

MICHAEL'S PIZZA, LLC,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

     THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (ECF No. 6), filed on October 2, 2015.  The Defendant has not filed an Answer or a Motion for Summary Judgment in this matter.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

     ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Michael's Pizza, LLC.  The Clerk of the Court is directed to close this case.

     Dated: October 6, 2015.

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Senior United States District Judge